IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES MISAEL GARCIA DELEON,<br><br>Defendant. | Case No.:  1:19-cr-00014-DJC<br><br>ORDER RECALL WARRANT |

IT IS HEREBY ORDERED that the no bail arrest warrant [Doc. 210] issued on 12/4/2023 is recalled forthwith.

IT IS SO ORDERED.

Dated:   **December 8, 2023**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE