**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
MOISES GARCIA DELEON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 1:19-cr-00014-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **MOISES GARCIA DELEON,** | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Ross Pearson, and defendant, Moises Garcia DeLeon, by and through his counsel, Jennifer Mouzis, hereby stipulate as follows:

1) By previous order, this matter was set for status on January 25, 2024.

2) By this stipulation, defendant now moves to continue the status conference until February 8, 2024, at 9:00 a.m., and to exclude time between January 25, 2024 and February 8, 2024, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires further time to review the charges with her client, discuss

1

Stipulation and Order to Continue Status Conference

any potential resolution with her client, research mitigating evidence, and present it to the prosecution.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2024 to February 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated: January 17, 2024               PHILLIP A. TALBERT
                                      United States Attorney

                                By:   /s/ Ross Pearson
                                      ROSS PEARSON
                                      Assistant United States Attorney

Dated: January 17, 2024               /s/ Jennifer Mouzis
                                      JENNIFER MOUZIS
                                      Attorney for Defendant
                                      MOISES GARCIA DELEON

**ORDER**

IT IS SO ORDERED.

Dated:  January 18, 2024              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE