**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
MOISES GARCIA DELEON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MOISES GARCIA DELEON,<br><br>            Defendant. | 1:19-cr-00014-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Ross Pearson, and defendant, Moises Garcia DeLeon, by and through his counsel, Jennifer Mouzis, hereby stipulate as follows:

1) By previous order, this matter was set for Judgment and Sentencing of TSR violation on March 7, 2024.

2) By this stipulation, defendant now moves to continue the Judgment and Sentencing of TSR violation until May 2, 2024, and to exclude time between March 7, 2024 and May 2, 2024, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires further time to review the dispositional memorandum with her client, discuss any potential resolution with her client, research mitigating evidence, and present it to the prosecution.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2024 to May 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated: March 4, 2024                     PHILLIP A. TALBERT
                                                          United States Attorney

                                            By:   /s/ Ross Pearson
                                                      ROSS PEARSON
                                                      Assistant United States Attorney

Dated: March 4, 2024                      /s/ Jennifer Mouzis
                                                      JENNIFER MOUZIS
                                                      Attorney for Defendant
                                                      MOISES GARCIA DELEON

**ORDER**

IT IS SO ORDERED.

Dated:  March 4, 2024                      /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE